UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
DONNELLY, THOMAS KEVIN                 Case No. 06-20676 DSO
DONNELLY, WENDY JOY                    Chapter 7
                                        HON. Daniel S. Opperman

_____Debtor(s)._____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Donald Goeckel, DDS | #1 | $2.84 |
| Emergency Medical | #5 | $3.93 |
| Gary's Lock Services | #7 | $1.28 |

Dated: December 2, 2010          */s/ Karen E. Evangelista (P36144)*
                                 KAREN E. EVANGELISTA, Trustee
                                 439 S. Main St., Suite 250
                                 Rochester, MI 48307
                                 (248) 652-7992
                                 Kee1008_tee@sbcglobal.net